Robert Zavala (State Bar No. 338344)
robert@zavalaw.com
ZAVALA LAW OFFICES, INC.
1541 Ocean Avenue, Suite 200
Santa Monica, California 90401
Telephone: 855.420.0042
Telefax: 213.403.5288

Attorneys for Plaintiff, Justin Craig

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Chase E. Dean (SBN 339996)
  dean@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, 11th Floor
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Home Depot U.S.A., Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN CRAIG, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.; HOME DEPOT U.S.A., INC.,<br><br>    Defendants. | Case No. 2:24-cv-00473-JFW(PVCx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

DISMISSAL WITH PREJUDICE

ORDER OF DISMISSAL

Having considered the Parties' Joint Stipulation of Dismissal with Prejudice, I hereby dismiss the entire above-captioned action with prejudice as to all parties and causes of actions. Each party to bear their own fees and costs.

Dated: April 29, 2024

_____
Hon. John F. Walter
United States District Judge

2
DISMISSAL WITH PREJUDICE